**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DANIEL PHELPS,<br><br>       Plaintiff,<br><br>v.<br><br>DANA MICHAEL BRIDGES,<br><br>       Defendant. | **14-cv-646-LJO GSA**<br><br>**ORDER GRANTING IFP**<br><br>**(Doc. 2)** |

      Plaintiff, Daniel Phelps ("Plaintiff"), filed a complaint on May 1, 2014, and an application to proceed in forma pauperis on that same day. (Docs. 1 and 2). Plaintiff has made the required showing pursuant to 28 USC § 1915(a). Accordingly, the request to proceed in forma pauperis is GRANTED.

      Pursuant to 28 U.S.C. § 1915(e)(2), the court must conduct an initial review of all pro se complaints for sufficiency to state a claim. The court must dismiss a complaint or portion thereof if the court determines that the action is legally "frivolous or malicious," fails to state a claim

upon which relief may be granted, or seeks monetary relief from a defendant who is immune from such relief.  28 U.S.C. § 1915(e)(2).  If the court determines that the complaint fails to state a claim, leave to amend may be granted to the extent that the deficiencies of the complaint can be cured by amendment.  Plaintiff is advised that his complaint will be screened in due course.

IT IS SO ORDERED.

Dated: **May 8, 2014**          /s/ Gary S. Austin
                            UNITED STATES MAGISTRATE JUDGE

2